# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT ORTEGA,<br><br>   Plaintiff,<br><br> v.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant. | Case No. 1:19-cv-00999-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S IN FORMA PAUPERIS MOTION WITHOUT PREJUDICE<br>(ECF No. 2)<br><br>ORDER TO SUBMIT PRISONER APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE<br><br>**THIRTY (30) DAY DEADLINE** |

  Plaintiff Albert Ortega is a federal prisoner proceeding *pro se* in this civil rights action pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 2401 *et seq*. Plaintiff initiated this action on July 22, 2019, (ECF No. 1), together with a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, (ECF No. 2.)

  However, Plaintiff's application to proceed *in forma pauperis* is incomplete. Although Plaintiff has signed the application, Plaintiff has failed to complete the required form and to submit a certified copy of his federal prison trust account statement. Plaintiff must submit a completed and signed application form and a certified copy of his trust account statement if he wishes for his application to proceed *in forma pauperis* to be considered.

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to proceed *in forma pauperis*, (ECF No. 2), is DENIED, without prejudice;

2. The Clerk of the Clerk is directed to serve this order and a blank *in forma pauperis* application for a prisoner on Plaintiff;

3. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis*, completed and signed, including a certified copy of his trust account statement for the past six months, or, in the alternative, pay the $400.00 filing fee for this action;

4. No extension of time will be granted without a showing of good cause; and

5. **Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, without prejudice.**

IT IS SO ORDERED.

Dated: **July 29, 2019**            /s/ *Barbara A. McAuliffe*
                                                   UNITED STATES MAGISTRATE JUDGE