# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT ORTEGA, | Case No. 1:19-cv-00999-BAM (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| v. | |
| UNITED STATES OF AMERICA, et al., | (ECF No. 6) |
| Defendants. | ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY USP LEWISBURG |

Plaintiff Albert Ortega is a federal prisoner proceeding *pro se* in this civil rights action pursuant to the Federal Tort Claims Act, 28 U.S.C. § 2401 *et seq*.

Currently before the Court is Plaintiff's application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, filed on August 8, 2019, (ECF No. 6.) Plaintiff's application includes a prison trust account statement that reflects the activity in Plaintiff's prison trust account for the last six months.

Since Plaintiff has made the showing required by § 1915, the application to proceed *in forma pauperis* will be granted. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account. The Warden of USP Lewisburg is required to send to the Clerk of the Court payments from Plaintiff's trust account each time the amount in the account exceeds $10.00, until the statutory filing fee is

1

paid in full.  28 U.S.C. § 1915(b)(2).

    Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis*, (ECF No. 6), is GRANTED;

2. **The Warden of USP Lewisburg or his/her designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court.  The payments shall be clearly identified by the name and number assigned to this action;**

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Warden of USP Lewisburg, U.S. Penitentiary, 2400 Robert F. Miller Drive, Lewisburg, PA 17837; and

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

IT IS SO ORDERED.

Dated: __**August 12, 2019**__          /s/ *Barbara A. McAuliffe* _
                                                               UNITED STATES MAGISTRATE JUDGE