# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT ORTEGA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-00999-LJO-BAM (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE FIRST AMENDED COMPLAINT<br><br>(ECF No. 13)<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Albert Ortega is a federal prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 2401 *et seq*.

On December 4, 2019, the Court issued a screening order finding that Plaintiff had failed to state any cognizable claim for relief in his complaint and directing Plaintiff to file either a first amended complaint or a notice of voluntary dismissal, within thirty days from the date that the order was served. (ECF No. 12.) Therefore, Plaintiff's first amended complaint or a notice of voluntary dismissal is currently due on January 6, 2020.

Currently before the Court is Plaintiff's motion for a 30-day extension of time to file a first amended complaint, filed on December 30, 2019. (ECF No. 13.) Plaintiff asserts that he needs a 30-day extension of time because, due to a series of prison lockdowns, he currently has no access to the prison law library and he currently does not have the materials – stamps,

1

envelopes, paper, etc. – to prepare and mail a first amended complaint to the Court.  (Id.)

Having considered the request, the Court finds good cause to grant the requested extension of time.  Fed. R. Civ. P. 6(b).

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time to file a first amended complaint, (ECF No. 13), is GRANTED;
2. The Clerk's office shall send Plaintiff a complaint form;
3. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file a first amended complaint curing the deficiencies identified in the Court's December 4, 2019 screening order, or file a notice of voluntary dismissal; and
4. <u>If Plaintiff fails to comply with this order, the Court will recommend to the District Judge that this action be dismissed for failure to state a claim, failure to prosecute, and failure to obey a court order</u>.

IT IS SO ORDERED.

Dated: **January 2, 2020**         /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE