# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT ORTEGA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　Defendants. | Case No. 1:19-cv-00999-NONE-BAM (PC)<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE IN WRITING WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE, FAILURE TO OBEY A COURT ORDER, AND FAILURE TO STATE A CLAIM<br><br>(ECF Nos. 12, 14)<br><br>**FOURTEEN (14) DAY DEADLINE** |

　　　Plaintiff Albert Ortega is a federal prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 2401 *et seq*.

　　　On December 4, 2019, the Court issued a screening order finding that Plaintiff had failed to state any cognizable claim for relief in his complaint, and directing Plaintiff to file either a first amended complaint or a notice of voluntary dismissal, within thirty days from the date that the order was served. (ECF No. 12.)

　　　On December 30, 2019, Plaintiff filed a motion for a 30-day extension of time to file a first amended complaint. (ECF No. 13.)

　　　On January 2, 2020, the Court granted Plaintiff's motion for an extension of time and ordered Plaintiff to file either a first amended complaint or a notice of voluntary dismissal within

1

thirty days from the date of service of the order.  (ECF No. 14.)  Since the January 2, 2020 order was served that day, Plaintiff's first amended complaint or notice of voluntary dismissal was due on or before February 4, 2020.

However, to date, Plaintiff has not filed a first amended complaint, filed a notice of voluntary dismissal, or otherwise communicated with the Court, and the time in which to do so has passed.

Accordingly, it is HEREBY ORDERED that, within **fourteen (14) days** from the date of service of this order, Plaintiff shall show cause in writing why the instant action should not be dismissed for Plaintiff's failure to comply with the Court's December 4, 2019 screening order, failure to prosecute, and failure to state a claim for relief.  Plaintiff can comply with this order to show cause by filing a first amended complaint or a notice of voluntary dismissal in compliance with the Court's December 4, 2019 screening order.  <u>Plaintiff is warned that failure to comply with this order will result in a recommendation to a District Judge that this action be dismissed, with prejudice, for failure to prosecute, failure to obey a court order, and failure to state a cognizable claim for relief</u>.

IT IS SO ORDERED.

    Dated:   **February 15, 2020**          /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE