UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT ORTEGA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No. 1:19-cv-00999-NONE-EPG (PC)<br><br>ORDER RE: PLAINTIFF'S REQUEST FOR ORDERS THE COURT MAY HAVE ISSUED DURING PLAINTIFF'S TRANSFER AND QUARANTINE<br><br>ORDER DIRECTING DEFENDANT TO RE-SERVE PLAINTIFF WITH ITS OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL<br><br>(ECF No. 43) |

　　　　Albert Ortega ("Plaintiff") is a federal prisoner proceeding *pro se* and *in forma pauperis* in this action.

　　　　On August 17, 2021, Plaintiff filed a notice of change of address, along with a request for the Court to send him the orders it issued during Plaintiff's transfer and quarantine.  (ECF No. 43).  Plaintiff states that on June 21, 2021, Plaintiff was transferred from USP Hazelton to Oklahoma Transfer Center.  On July 14, 2021, Plaintiff was transferred from Oklahoma Transfer Center to FCI Phoenix and placed in quarantine.  This notice and motion was Plaintiff's first opportunity to communicate with the Court.  Plaintiff asks to be provided with copies of orders the Court issued from June 21, 2021, to present.

　　　　The Court did not issue any orders from June 21, 2021, through August 17, 2021, and there are thus no orders that Plaintiff did not receive.  However, Defendant filed an opposition to Plaintiff's motion to compel on July 16, 2021.  (ECF No. 42).

　　　　Accordingly, IT IS ORDERED that Defendant has seven days from the date of service

1

of this order to re-serve Plaintiff with a copy of its opposition to Plaintiff's motion to compel (ECF No. 42).

IT IS SO ORDERED.

Dated: __August 18, 2021__        /s/ Erica P. Grosjean
                              UNITED STATES MAGISTRATE JUDGE