UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT ORTEGA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 1:19-cv-00999-NONE-EPG (PC)<br><br>ORDER RE: PLAINTIFF'S MOTION INFORMING THIS HONORABLE COURT THAT DEFFENDANT HAS NOT PROVIDED DISCOVERY ORDERED IN THE COURT'S TIMELINE<br><br>(ECF No. 51) |

　　　　Albert Ortega ("Plaintiff") is a federal prisoner proceeding *pro se* and *in forma pauperis* in this action.

　　　　On October 4, 2021, the Court received a filing from Plaintiff titled "Motion Informing This Honorable Court That Defendant Has Not Provided Discovery Ordered In The Court[']s Timeline." (ECF No. 51). Plaintiff states that on August 30, 2021, the Court ordered Defendant to provide discovery within thirty days. Plaintiff alleges that "[a]s of this date" Plaintiff has not received the discovery ordered by the Court. Plaintiff does not ask for any form of relief.

　　　　It is not clear when Plaintiff's motion was filed, because both the motion and the proof of service say that it was filed on August 30, 2021, the same day that the Court issued its amended order on Plaintiff's motion to compel. If Plaintiff signed and mailed the filing on August 30, 2021, it is premature. Even assuming that Plaintiff meant September 30, 2021, the filing is still premature. The Court gave Defendant thirty days from August 30, 2021, to produce the documents. (ECF No. 48, p. 7). And, as Plaintiff is incarcerated, the documents

1

will likely be produced by mail.  However, Plaintiff did not wait a reasonable time to allow for the documents to arrive by mail before making this filing.

Given that Plaintiff's filing is premature, and that Plaintiff does not ask for any relief, the Court will take no action at this time.  If the documents do not arrive after Plaintiff waits a reasonable amount of time to account for mailing, Plaintiff may file an appropriate motion with the Court.

IT IS SO ORDERED.

Dated:   **October 6, 2021**                    /s/ *Erica P. Grosjean*
                                                                    UNITED STATES MAGISTRATE JUDGE