UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT ORTEGA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 1:19-cv-00999-NONE-EPG (PC)<br><br>ORDER REQUIRING PARTIES TO PARTICIPATE IN SETTLEMENT CONFERENCE |

　　　The deadline for Defendant to file a motion for summary judgment has passed, and Defendant did not file a motion for summary judgment.  On November 22, 2021, Defendant filed its updated report to the Court regarding settlement conference.  (ECF No. 54).  "Although the United States remains uncertain that a settlement conference would be productive, the United States submits that it would be appropriate for the Court to set a settlement conference in early 2022 in the interest of seeking resolution of this matter without trial."  (Id. at 1).

　　　Given Defendant's report, that Defendant did not file a motion for summary judgment, and the ongoing judicial emergency in the Eastern District of California, the Court will require the parties to participate in a settlement conference before setting the pretrial or trial dates and deadlines.

\\\

\\\

\\\

\\\

1

Accordingly, within fourteen days of the date of service of this order, Defendant shall contact ADR Coordinator Sujean Park (spark@caed.uscourts.gov) to schedule a settlement conference.

IT IS SO ORDERED.

Dated: __**November 23, 2021**__  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE