UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT ORTEGA,<br><br>             Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>             Defendant. | Case No. 1:19-cv-00999-JLT-EPG (PC)<br><br>ORDER ALLOWING DEFENDANT TO FILE SUPPLEMENTAL EVIDENCE IN SUPPORT OF OPPOSITION TO MOTION FOR SPOLIATION SANCTIONS |

Albert Ortega ("Plaintiff") is a federal prisoner proceeding *pro se* and *in forma pauperis* in this action.

On December 20, 2021, Plaintiff filed a motion for spoliation sanctions. (ECF No. 57). On January 11, 2022, Defendant filed an opposition. (ECF No. 60). Defendant argues that spoliation sanctions are inappropriate because, while video of the incident likely existed, it was recorded over in the ordinary course of business. Defendant also asserts that Plaintiff did not put Defendant or BOP staff on notice at the time of the incident that he would make a legal claim for injury. According to Plaintiff's pleading, Plaintiff did not submit a claim for injury until December 17, 2018, which was nearly five months after the incident.

However, Defendant does not provide any evidence regarding how long videos are kept in the ordinary course of business; when anyone first tried to obtain the video; when it was written over; or whether Defendant did anything to try to preserve the video after Plaintiff filed his administrative claim using Standard Form 95 (Claim for Damage, Injury or Death) on December 17, 2018.

1

The Court will give Defendant an opportunity to file a supplement, if it chooses, further addressing these issues.

Accordingly, IT IS HEREBY ORDERED that Defendant has fourteen days from the date of service of this order to file a supplement to its opposition.

IT IS SO ORDERED.

Dated: **February 4, 2022**          /s/ *Erica P. Grosjean*
                                       UNITED STATES MAGISTRATE JUDGE