# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT ORTEGA,<br><br>         Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>         Defendant. | Case No. 1:19-cv-00999-JLT-EPG (PC)<br><br><br><br><br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

Albert Ortega, (59293-112), a necessary and material witness in a settlement conference in this case on April 29, 2022, is confined in FCI Phoenix, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Helena M. Barch-Kuchta, by telephonic-conferencing from his place of confinement, on Friday, April 29, 2022, at 10:00 a.m., Pacific Standard Time.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding the Warden to produce the inmate named above, by telephonic-conferencing, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the Court. Telephonic-conferencing connection information will be supplied via separate email.

2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of Court is directed to serve a copy of this order via fax on FCI Phoenix at (623) 465-5199 or via email.

4. If prison officials have any questions concerning the telephonic connection or difficulty connecting, they shall contact Franceska Sena, Courtroom Deputy, at fsena@caed.uscourts.gov.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, FCI Phoenix, 37900 N 45th Ave., Phoenix, AZ 85086:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Barch-Kuchta at the time and place above, by telephonic-conferencing, until completion of the settlement conference or as ordered by the Court.

\\\
\\\
\\\
\\\

**FURTHER**, you have been ordered to notify the Court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **March 14, 2022**              /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

