UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT ORTEGA, | Case No. 1:19-cv-00999-JLT-EPG (PC) |
| Plaintiff, | ORDER APPOINTING COUNSEL |
| v. | ORDER SETTING TELEPHONIC STATUS CONFERENCE ON JULY 13, 2022, AT 2:30 P.M. |
| UNITED STATES OF AMERICA, | |
| Defendant. | ORDER DIRECTING CLERK TO SERVE PLAINTIFF AND MICHAEL MCKNEELY WITH A COPY OF THIS ORDER |

Albert Ortega ("Plaintiff") is a federal prisoner proceeding *pro se* and *in forma pauperis* in this action. The Court finds the appointment of counsel for Plaintiff warranted. Michael G. McKneely has been selected from the Court's pro bono attorney panel to represent Plaintiff and has agreed to be appointed. The Court will also set a status conference to discuss setting expert disclosure deadlines, a telephonic trial confirmation hearing, pretrial deadlines, and a trial date. The Court notes that Albert Ortega is not required to attend the status conference.

Accordingly, IT IS HEREBY ORDERED that:

1. Michael G. McKneely is appointed as Plaintiff's counsel in the above titled matter.
2. While the Court is appointing Michael G. McKneely to serve as counsel for Plaintiff, at this time the Court is not approving any expenses. The expenses incurred in representing Plaintiff must be approved in advance and be necessary to Plaintiff's case, given that the

reimbursement funds come directly out of the Court's Non-Appropriated Fund, which is the limited fund for the entire district for all non-appropriated matters.  The Court notes that under General Order No. 558 § 3, paragraph B, "[i]n the event of settlement or other successful resolution of the case which results in a monetary award to the indigent litigant equal to or exceeding the reimbursed costs under this section, the indigent litigant through counsel shall reimburse the Fund for such out-of-pocket expenses allowed and reimbursed under this section."  In other words, any expenses incurred will be reimbursed from any settlement or award to Plaintiff.

3. Appointed counsel shall notify Sujean Park via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

4. A telephonic status conference is set for July 13, 2022, at 2:30 p.m., before Magistrate Judge Erica P. Grosjean.  To join the conference, each party is directed to call the toll-free number (888) 251-2909 and use Passcode 1024453.

5. The Clerk of Court is directed to serve a copy of this order on Michael G. McKneely, Law Office of Michael G. McKneely, 2300 Tulare St., Suite 115, Fresno, CA 93721.

6. The Clerk of Court is directed to serve a copy of this order on Albert Ortega.

IT IS SO ORDERED.

Dated:   **June 27, 2022**              /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE