UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT ORTEGA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No. 1:19-cv-00999-JLT-EPG (PC)<br><br>ORDER APPROVING STIPULATION REGARDING EXPERT DISCOVERY<br><br>(ECF No. 83) |

On October 13, 2022, the parties filed a joint stipulation to modify the expert discovery deadlines. (ECF No. 83). The parties ask the Court to extend the expert discovery deadlines due to "the additional steps necessitated by the Court's involvement in funding, and to account for difficulties that Plaintiff's counsel have experienced with regard to communications with Plaintiff at his housing in the Bureau of Prisons…." (Id. at 1-2).

Pursuant to the stipulation of the parties (ECF No. 83), and finding good causes exists, the expert discovery deadlines are modified as follows:

　　　　1. The deadline for all parties to serve their expert disclosures is November 18, 2022.

　　　　2. Parties have until December 15, 2022, to serve their rebuttal expert disclosures.

　　　　3. The deadline for the completion of all expert discovery is January 13, 2023.

\\\

\\\

- 1 -

4. All other terms and conditions of the Scheduling Orders remain in full force and effect.

IT IS SO ORDERED.

Dated: **October 14, 2022**    /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE