UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT ORTEGA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | Case No. 1:19-cv-00999-JLT-EPG (PC)<br><br>ORDER APPROVING THIRD STIPULATION REGARDING EXPERT DISCOVERY<br><br>(ECF No. 89) |

On February 28, 2023, the parties filed a third joint stipulation to modify the expert discovery deadlines. (ECF No. 89). According to the third joint stipulation, "[s]ince the previous stipulation, Plaintiff's counsel has retained Maureen Baird, a former warden in the Bureau of Prisons and a consultant with Prisonology, LLC. Counsel is in the process of obtaining a Federal Rule of Civil Procedure rule 26(a)(2)(B) written report from Ms. Baird. Due to scheduling issues the report will likely not be available until after the scheduled disclosure date of March 3, 2023." (Id. at 1-2). The parties ask for the expert discovery deadlines be extended by seven days, and for all other deadlines remain as set. (Id. at 2).

Pursuant to the stipulation of the parties (ECF No. 89), and finding good causes exists, the expert discovery deadlines are modified as follows:

　　1. The deadline for all parties to serve their expert disclosures is **March 10, 2023**.

　　2. Parties have until **April 10, 2023**, to serve their rebuttal expert disclosures.

3. The deadline for the completion of all expert discovery is **May 12, 2023**.

4. All other terms and conditions of the Scheduling Orders (as modified) remain in full force and effect.

IT IS SO ORDERED.

Dated:   **March 1, 2023**              /s/ Erica P. Grosjean
                                                         UNITED STATES MAGISTRATE JUDGE