MICHAEL McKNEELY (State Bar No. 214896)
2300 Tulare Street, Suite 115
Fresno, California  93721
Telephone:  (559) 443-7442
Facsimile:  (559) 860-0150
mike@fresnocriminalattorney.com

Attorney for Plaintiff
ALBERT ORTEGA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT ORTEGA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No.     1:19-cv-00999-JLT-EPG<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER REGARDING PRETRIAL CONFERENCE** |

## **STIPULATION**

Plaintiff Albert Ortega, by his counsel of record Michael McKneely, and the United States of America through its counsel of record Assistant United States Attorney Benjamin Hall, hereby stipulate as follows:

　　1.　　By previous order (ECF 88), the Court has scheduled a Pretrial Conference for June 26, 2023 at 1:30 p.m.

　　2.　　Plaintiff's counsel is currently scheduled to be in a jury trial on that date and time in the Superior Court of Kings County.

　　3.　　The parties are in agreement that the Pretrial Conference can and should be rescheduled to **August 28, 2023** at **1:30 p.m.**

　　4.　　The parties further request that the Court set **August 18, 2023,** as the deadline for filing the joint pretrial statement.

IT IS SO STIPULATED

DATED: June 15, 2023					MICHAEL McKNEELY

							By: s/ Michael McKneely
							Michael McKneely
							Attorneys for Albert Ortega

DATED: June 15, 2023					PHILLIP A. TALBERT
							United States Attorney

							By: s/ Benjamin E. Hall  by authorization
							Benjamin E. Hall
							Assistant United States Attorney

## [~~PROPOSED~~] FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court finds good cause to reset the Pretrial Conference in accord with the Parties' request as follows:

1. The deadline for the parties to file their joint pretrial statement is **August 18, 2023**.

2. The pretrial conference is set for **August 28, 2023** at **1:30 p.m.**

3. All other terms and conditions of the Scheduling Orders remain in full force and effect.

IT IS SO ORDERED.

Dated:   **June 16, 2023**              _____
                                                                UNITED STATES DISTRICT JUDGE