# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT ORTEGA, | Case No. 1:19-cv-00999-JLT-EPG (PC) |
| Plaintiff, | |
| v. | |
| UNITED STATES OF AMERICA, | **ORDER & WRIT OF HABEAS CORPUS** |
| Defendant. | **AD TESTIFICANDUM** |

Albert Ortega, (59293-112), a necessary and material party in a pretrial conference in this case on August 28, 2023, is confined in FCI Phoenix, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before District Judge Jennifer L. Thurston, by telephonic-conferencing from his place of confinement, on Monday, August 28, 2023 at 1:30 p.m. **PDT.**

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by telephonic-conferencing, to participate in a pretrial conference at the time and place above, until completion of the pretrial conference or as ordered by the court. Telephonic-conferencing connection information will be supplied via separate email.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order via fax on FCI Phoenix at (623) 465-5199 or via email.

4. If prison officials have any questions concerning the telephonic connection or difficulty connecting, they shall contact Irma Munoz, Courtroom Deputy, at imunoz@caed.uscourts.gov.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, FCI Phoenix, 37900 N 45th Ave., Phoenix, AZ 85086:**

**WE COMMAND** you to produce the inmate named above to appear before Judge Thurston at the time and place above, by telephonic-conferencing, until completion of the pretrial conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **July 31, 2023**              /s/ Erica P. Grosjean
                                                      UNITED STATES MAGISTRATE JUDGE

