UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT ORTEGA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No. 1:19-cv-00999-JLT-EPG (PC)<br><br>ORDER REGARDING NOTICE OF SETTLEMENT<br><br>(ECF No. 94) |

　　　　On August 9, 2023, the United States filed a notice of settlement, advising the Court that the parties "have agreed upon terms of settlement of all claims" and requesting "that the Court set October 6, 2023, as the deadline for the filing of dispositional documents." (ECF No. 94).

　　　　In light of the notice of settlement, IT IS ORDERED as follows:

1. The Court vacates any and all deadlines and hearings currently pending before the Court, including the pretrial conference set for August 28, 2023. (ECF No. 92).
2. The Court likewise vacates the writ issued to FCI Phoenix regarding Plaintiff's attendance at the pretrial conference. (ECF No. 93). The Clerk of the Court is directed to serve a copy of this order via fax on FCI Phoenix at (623) 465-5199 or via email.

\\\

\\\

- 1 -

3. The Court ORDERS the parties to file the appropriate dispositional document by no later than October 6, 2023.

IT IS SO ORDERED.

Dated: **August 10, 2023**           /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE