UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT ORTEGA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | Case No. 1:19-cv-00999-JLT-EPG (PC)<br><br>ORDER RE: STIPULATION OF DISMISSAL<br><br>(ECF No. 96) |

　　　　On October 4, 2023, the parties filed a joint stipulation dismissing this action with prejudice and with each party bearing its own costs and fees. (ECF No. 96). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and without an award of costs or fees.

　　　　Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

　　Dated:   **October 5, 2023**　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1